UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANDREIANA HADON and DARRYL MULLINS,

                        Plaintiffs,

               -against-

DETECTIVE ERIC C. GIULIANI, SHIELD NO. 4136 and
JOHN DOES ##1–8,

                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

23-CV-03698 (ENV)(LB)

      **PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law, dated December 6, 2023, Defendant Eric Giuiliani will move this Court, before the Honorable Eric N. Vitaliano, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 10025, at a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6), granting Defendant's Motion to Dismiss the Complaint, together with such other relief as this Court deems just and proper.

Dated:      New York, New York
             December 6, 2023

                    HON. SYLVIA O. HINDS-RADIX
                    Corporation Counsel of the City of New York
                    *Attorney for Defendant*
                    100 Church Street, Room 3-226
                    New York, New York 10007
                    (212) 356-2356

                    By:    *Rachel Seligman Weiss /s*
                              Rachel Seligman Weiss
                              *Senior Counsel*

cc:    **By ECF** *(Attorney for Plaintiff)*
       Leo Glickman, Esq.